■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MELENDEZ, Appellant. [684 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered October 30, 1996, convicting him of manslaughter in the first degree and criminal posses-sion of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the People's failure to produce an audiotape claimed to contain a pretrial interview

of a trial witness did not constitute a *Rosario* violation, as there was no indication that the interview was successfully recorded (*see,* CPL 240.45 [1] [a]; *People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866; *People v Ray,* 224 AD2d 722; *People v Perez,* 209 AD2d 643; *People v Barnes,* 200 AD2d 751; *People v Dudley,* 156 AD2d 581; *People v Littles,* 192 AD2d 314).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Bracken, J. P., Santucci, Friedmann and Florio, JJ., concur.